1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GEORGE MIMS,                          Case No.   2:22-cv-00521-JDP (HC)

12                    Petitioner,          ORDER DIRECTING PETITIONER TO FILE
                                           AN AMENDED PETITION OR STAND BY
13          v.                             HIS CURRENT FILING SUBJECT TO A
                                           RECOMMENDATION THAT THIS ACTION
14   ROBERT BURTON,                        BE DISMISSED

15                    Respondent.          ECF No. 13

16                                         Twenty-one day deadline

17
            Petitioner, proceeding without counsel, seeks a writ of habeas corpus under 28 U.S.C.
18
     § 2254.  On May 11, 2022, I determined that the original petition did not raise a cognizable
19
     federal habeas claim and gave petitioner leave to file an amended petition.  ECF No. 9.  On June
20
     30, 2022, petitioner filed an "amended petition."   ECF No. 13.  That filing, however, appears to
21
     be a Ninth Circuit application to file a successive petition and as such should have been filed with
22
     the Court of Appeals.  This court does not have authority to rule on petitioner's application.
23
            Accordingly, it is ORDERED that:
24
            1.      The Clerk of Court is directed to strike the filing at ECF No. 13.
25
            2.      Petitioner may file an amended petition within twenty-one days of this order's
26
     entry.  If he does not, I will recommend that the original, operative petition be dismissed for
27
     failure to state a cognizable claim.
28

                                            1

3.     The Clerk of Court is directed to send petitioner a federal habeas form.  If plaintiff elects to file an amended petition, he must use that form.

IT IS SO ORDERED.

Dated:    July 12, 2022    

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2